IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY J. BRODZKI,

    Plaintiff,

v.

STATE OF WISCONSIN and
STATE PATROL CHIEF,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-248-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

By: *L. Jensen, Deputy Clerk*       5/19/11
Peter Oppeneer, Clerk of Court      Date